In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-24-00019-CV
_____

## ERIN WHITE, INDIVIDUALLY AND AS SHAREHOLDER OF BLANK SLATE SALON SPA BOUTIQUE, LLC, Appellant

## V.

## DON SKIPTON, Appellee

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-11-16606-CV**

## MEMORANDUM OPINION

Erin White, Individually and as Shareholder of Blank Slate Salon Spa Boutique, LLC, Appellant, filed a motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). White filed the motion before the Court decided the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 7, 2024
Opinion Delivered February 8, 2024
Before Horton, Johnson and Wright, JJ.